UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEATRICE SHIRLEY WILLIAMS STEELE, Plaintiff, <br><br> v. <br><br> BOSTON MUTUAL INSURANCE COMPANY (Optical Illness), Defendant. | Civil Action No. 24-10717-NMG |
| BEATRICE SHIRLEY WILLIAMS STEELE, Plaintiff, <br><br> v. <br><br> BOSTON MUTUAL INSURANCE COMPANY (Illness Insurance), Defendant. | Civil Action No. 24-10890-NMG |

MEMORANDUM AND ORDER

GORTON, J.

For the reasons set forth below, the Court will consolidate these two cases and order plaintiff to (1) resolve the filing fee; and (2) file an amended complaint.

I.  Background

On March 1, 2024, Beatrice Shirley Williams Steele ("Steele"), a resident of New York, initiated this action by filing a pro se Complaint against Boston Mutual Insurance Company with the United States District Court for the Southern District of New York. By Order, dated March 11, 2024, the case

was ordered transferred to this district. ECF No. 2, Transfer Order, No 24-cv-1658 (S.D.N.Y. Mar. 11, 2024).

On March 8, 2024, Steele filed a second action against Boston Mutual Insurance Company with the United States District Court for the Southern District of New York. By Order, dated March 28, 2024, the case was ordered transferred to this district. ECF No. 3, Transfer Order, No 24-cv-1787 (S.D.N.Y. Mar. 28, 2024).

II.     **Consolidation of Cases**

Because these two actions involve common questions of law and fact, the Court consolidates them into a single action. See Fed. R. Civ. P. 42(a)(2). Steele v Boston Mut. Ins. Co., No. 24-10717-NMG shall proceed as the consolidated action. The other case, Steele v Boston Mut. Ins. Co., No. 23-10890-NMG shall be terminated, after which no filings will be docketed in that action except upon order of the Court. No filing fee is due for No. 23-10890-NMG.

III.    **Motion for Leave to Proceed In Forma Pauperis**

Steele submitted an Application to Proceed Without Prepaying Fees or Costs in No. 24-10890-NMG. In her Application to Proceed Without Prepaying Fees or Costs (also referred to as a motion or application to proceed in forma pauperis), Steele states that she receives income from employment; rent payments, interest or dividends; pension, annuity, or life insurance

2

payments; and disability or worker's compensation payments. However, she fails to describe the source of money, the amount received and what she expects to receive in the future. She left blank Questions 4 - 8 on the Application. Without such information, the Court cannot evaluate whether she qualifies for in forma pauperis status. Thus, if Steele wishes to proceed with this action, she must file a renewed Application.

### IV.     Filing of an Amended Complaint

If Steele wishes to pursue this action, she must file an amended complaint which contains all the claims from the complaints filed in each of the now-consolidated cases that she wishes to assert. The filing of an amended complaint completely replaces the original complaint. Connectu LLC v. Zuckerberg, 522 F.3d 82, 91 (1st Cir. 2008).

### V.      Order

Accordingly, it is hereby Ordered that:

1. The Clerk of Court is directed to consolidate C.A. No. 24-10890-NMG with C.A. No. 24-10717-NMG. The Clerk shall terminate C.A. No. 24-10890-NMG on the Court's docket. The Lead Case shall be C.A. No. 24-10717-NMG, and all further pleadings shall be filed under this case number.

2. The motion for leave to proceed in forma pauperis is DENIED without prejudice.

3. To the extent Steele wishes to proceed, **on or before May 17, 2024**, she shall (1) either pay the $405 filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs; and (2) file an amended complaint.

4.  Failure to comply with these directives will result in the dismissal of C. A. No. 24-10717-NMG without prejudice.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: April 12, 2024